IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GERALD  BROWN,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

v.

CASE NO. 1D17-2092

STATE OF FLORIDA,

     Appellee.

_____/

Opinion filed July 12, 2017.

An appeal from the Circuit Court for Duval County.
Waddell A. Wallace, Judge.

Gerald Brown, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

LEWIS, WETHERELL, and WINSOR, JJ., CONCUR.